UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | 1:99CR00106-001T |
| Rene Dure, | ) | |
| Defendant | ) | |

MOTION TO RELEASE LIEN

Property owners Jean F. Dure and Anita Dure hereby move that the court release the lien (Attached hereto as Exhibit A) recorded in the land evidence records of the City of Providence in Book 4191 at Page 306 which currently encumbers their property at 50-52 Daboll Street, Providence, RI, also identified as Assessor's plat 44, Lot 31, on the grounds that the underlying action has been satisfied and cancelled as evidenced by Exhibit B attached hereto.

JEAN F. DURE
ANITA DURE
By their Attorney

Eileen O. Smith

Eileen O. Smith #6098
Law Office of Eileen O. Smith
48 Princeton Avenue
Providence, RI 02907
401-383-4201
401-270-6670 fax

Date: December 12, 2005

I hereby certify that the above Motion to Release Lien was Mailed to Stephanie Brown, United States Attorney, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903 on December 12, 2005.

Eileen O. Smith

Eileen O. Smith