EXHIBIT A

[illegible]6191M306

NOTICE OF LIEN

OWNER OF RECORD [illegible]

UNITED STATES OF AMERICA

VS. CASE NO. [illegible]

[illegible]

TO: CITY CLERK
CITY OF PROVIDENCE
PROVIDENCE, RHODE ISLAND

RE: PLAT NO. [illegible] LOT NO. [illegible]

ADDRESS OF PROPERTY:
[illegible]

NOTICE IS HEREBY GIVEN OF AN ACTION IN THE ABOVE-ENTITLED CASE INVOLVING TITLE TO THE FOLLOWING DESCRIBED PROPERTY; VALUED IN THE AMOUNT OF [illegible] AMOUNT OF LIEN: [illegible].

THE DEFENDANT IN THE ABOVE-ENTITLED ACTION HAS BEEN ORDERED BY THIS COURT TO FILE THIS NOTICE OF LIEN ON PLAT NO. [illegible] LOT NO. [illegible]. NOTICE OF LIEN IS HEREBY GIVEN.

[signature]
UNITED STATES CLERK OF COURT
DEPUTY

CITY/TOWN CLERK'S OFFICE

ATTEST:

[signature]
Asst. UNITED STATES ATTORNEY

Received for Record at ___ o'clock ___ min P. M.
Recorder of Deeds

SEP [illegible]

Robert L. [illegible] ESQ

36